UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA GIANCONTIERI & VICTORIO JIMENEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA ex. rel. Division of Health Care Finance & Policy, and DOE Defendants I-X,<br><br>Defendants._____/ | Case No.: 3:17-cv-00722-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiffs SYLVIA GIANCONTIERI & VICTORIO JIMENEZ, and Defendants STATE OF NEVADA ex. rel. DIVISION OF HEALTH CARE FINANCE & POLICY, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline to file the Response to Defendant's Motion to Dismiss from January 22, 2018 to February 5, 2018 (ECF No. 6/7).

//

//

//

//

//

Page 1 of 2

Plaintiffs request this extension due to counsel's heavy work load.

DATED this 17th day of January, 2018.　　　　DATED this 17th day of January, 2018.

MARK MAUSERT LAW OFFICE　　　　　　　　DEPUTY ATTORNEY GENERAL


　/s/ Mark Mausert　　　　　　　　　　　　　　/s/ Gabriel D. Lither
MARK MAUSERT　　　　　　　　　　　　　　MERCEDES S. MENENDEZ
CODY OLDHAM　　　　　　　　　　　　　　　GABRIEL D. LITHER
930 Evans Avenue　　　　　　　　　　　　　　555 E. Washington, #3900
Reno, Nevada 89512　　　　　　　　　　　　　Las Vegas, Nevada 89101

Attorneys for Plaintiffs　　　　　　　　　　　　Attorneys for Defendants


　　　IT IS SO ORDERED.

　　　DATED this 18th day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Page 2 of 2