# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA GIANCONTIERI & VICTORIO JIMENEZ, | Case No.: 3:17-cv-00722-LRH-WGC |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE OF NEVADA, ex rel. DIVISION OF HEALTHCARE, FINANCE & POLICY, and DOE Defendants I-X, | **AND ORDER THEREON** |
| Defendants. | |

Plaintiffs, SYLVIA GIANCONTIERI & VICTORIO JIMENEZ, and Defendants, STATE OF NEVADA ex rel. DIVISION OF HEALTHCARE, FINANCE & POLICY, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 27th day of July, 2018.

MARK MAUSERT LAW OFFICE

By: /s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiffs*

DATED this 27th day of July, 2018.

OFFICE OF THE ATTORNEY GENERAL

By: /s/ Andolyn Johnson
ANDOLYN JOHNSON
GABRIEL LITHER
MERCEDES MENENDEZ
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 30th day of July, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE